[No. 65686-4-I.   Division One.   July 18, 2011.]

*In the Matter of the Personal Restraint of* MICHAEL B. TOOLEY, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *denied in part* by unpublished per curiam opinion.

[No. 65837-9-I.   Division One.   July 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. M.M., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-8-00671-2, Christopher A. Washington, J., entered June 25, 2010. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 65848-4-I.   Division One.   July 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. IMRAN VAHORA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-14351-8, Brian D. Gain, J., entered August 2, 2010. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 65993-6-I.   Division One.   July 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KIAHNU DORSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-8-01527-4, Philip G. Hubbard Jr., J., entered August 6, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Becker, JJ.